**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 03-6103**

───────────

LEARIE A. DALY,

Petitioner - Appellant,

versus

LOUIS CROCETTI, District Director, Immigration
and Naturalization Services,

Respondent - Appellee.

───────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge.  (CA-02-
4173-AMD)

───────────

Submitted:  April 28, 2003          Decided:  May 19, 2003

───────────

Before LUTTIG, MOTZ, and KING, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Learie A. Daly, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Learie Daly appeals the district court's order dismissing the request for de novo review of the denial of his application for citizenship. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Daly v. Crocetti, No. CA-02-4173-AMD (D. Md. Dec. 30, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2